AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| BROADCAST MUSIC, INC., as agent for Broadcast Music, LLC; E.O. SMITH MUSIC; MOTHER MAY I MUSIC; SOULJA BOY TELLEM MUSIC INC.; WARNER-TAMERLANE PUBLISHING CORP., <br> *Plaintiff(s)* <br> v. <br><br> ARGOSY BAR, LLC d/b/a ARGOSY, ARMANDO CELENTANO, AND DONALD DURANT, <br> *Defendant(s)* | Civil Action No. 1:25-cv-2629 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ARGOSY BAR, LLC d/b/a ARGOSY
470 Flat Shoals Avenue, SE
Atlanta, Georgia 30316

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joseph H. Stuhrenberg
**BURR & FORMAN LLP**
1075 Peachtree Street NE, Suite 3000
Atlanta, Georgia 30309
Telephone: (404) 815-3000
jstuhrenberg@burr.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



KEVIN P. WEIMER
*CLERK OF COURT*

Date: 05/12/2025

s/Stephanie Wilson-Bynum
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

| | |
|---|---|
| BROADCAST MUSIC, INC., as agent for Broadcast Music, LLC; E.O. SMITH MUSIC; MOTHER MAY I MUSIC; SOULJA BOY TELLEM MUSIC INC.; WARNER-TAMERLANE PUBLISHING CORP., <br> *Plaintiff(s)* <br><br> v. <br><br> ARGOSY BAR, LLC d/b/a ARGOSY, ARMANDO CELENTANO, AND DONALD DURANT, <br> *Defendant(s)* | Civil Action No. 1:25-cv-2629 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Armando Celentano
470 Flat Shoals Avenue, SE
Atlanta, Georgia 30316

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joseph H. Stuhrenberg
**BURR & FORMAN LLP**
1075 Peachtree Street NE, Suite 3000
Atlanta, Georgia 30309
Telephone: (404) 815-3000
jstuhrenberg@burr.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



KEVIN P. WEIMER
*CLERK OF COURT*

Date:   05/12/2025

s/Stephanie Wilson-Bynum
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

BROADCAST MUSIC, INC., as agent for Broadcast Music, LLC; E.O. SMITH MUSIC; MOTHER MAY I MUSIC; SOULJA BOY TELLEM MUSIC INC.; WARNER-TAMERLANE PUBLISHING CORP.,

*Plaintiff(s)*

v.

Civil Action No. 1:25-cv-2629

ARGOSY BAR, LLC d/b/a ARGOSY, ARMANDO CELENTANO, AND DONALD DURANT,

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Donald Durant
    470 Flat Shoals Avenue, SE
    Atlanta, Georgia 30316

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joseph H. Stuhrenberg
**BURR & FORMAN LLP**
1075 Peachtree Street NE, Suite 3000
Atlanta, Georgia 30309
Telephone: (404) 815-3000
jstuhrenberg@burr.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



KEVIN P. WEIMER
*CLERK OF COURT*

Date: 05/12/2025

s/Stephanie Wilson-Bynum
*Signature of Clerk or Deputy Clerk*